
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA,<br><br>        Plaintiff(s),<br><br>    v.<br><br>NVIDIA CORPORATION,<br><br>        Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) | No. C09-2046 CW (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |

By Order dated May 26, 2009, the Honorable Claudia Wilken referred to me plaintiff's Motion for Order Allowing Expedited Discovery, and all further discovery disputes. Having received the motion, **IT IS HEREBY ORDERED** that defendant shall file a two page letter setting forth its position on the pending discovery disputes by **12:00 p.m. on Friday, June 5, 2009.**

**IT IS FURTHER ORDERED** that a telephonic conference is scheduled for **Monday, June 8, 2009 at 2:30 p.m.**, to discuss the pending discovery disputes. Counsel shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and

1

1  make arrangements for the telephonic conference call.
2  Dated:  June 4, 2009

                            _____
                                    Bernard Zimmerman
                            United States Magistrate Judge

28 G:\BZALL\-REFS\NATIONAL UNION FIRE INS\UNITED STATES DISTRICT COURTNORTHERN

2

DISTRICT OF CALIFORNIANATIONAL.wpd