REBECCA R. WEINREICH, SB# 155684
    E-Mail: weinreich@lbbslaw.com
STEPHEN V. KOVARIK, SB# 184656
    E-Mail: kovarik@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 481-0621

Attorneys for Plaintiff National Union
Fire Insurance Company of Pittsburgh, Pa.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | CASE NO. 4:09-CV-02046-CW<br><br>The Honorable Claudia Wilken<br>Magistrate Judge Bernard Zimmerman<br><br>**JOINT STIPULATION TO CONTINUE TELEPHONIC DISCOVERY CONFERENCE** |

Plaintiff National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") and defendant Nvidia Corporation ("Nvidia") stipulate and apply to the Court for an order continuing the telephonic discovery conference scheduled in this matter for Monday, June 8, 2009, at 2:30 p.m., to Wednesday, June 10, 2009 at 3:00 p.m. This stipulation is based on the following facts:

1. By order dated June 4, 2009, this Court scheduled the above referenced telephonic discovery conference to discuss the pending discovery dispute involving National Union's Motion for Order Allowing Expedited Discovery. Counsel for National Union is not available at the specified time because of a prior pending commitment.

///

///

2. As an accommodation to counsel, and subject to approval by the Court, the parties hereby stipulate and agree to continue the conference to Wednesday, June 10, 2009, at 3:00 p.m.

DATED: June 4, 2009           LEWIS BRISBOIS BISGAARD & SMITH LLP


By /s/ Stephen V. Kovarik
Rebecca R. Weinreich
Stephen V. Kovarik
Attorneys for Plaintiff National Union
Fire Insurance Company of Pittsburgh, Pa.


DATED: June 4, 2009           FARELLA BRAUN + MARTELL LLP


By /s/ Amanda D. Hairston
Amanda D. Hairston
Attorneys for Defendant Nvidia Corporation


**Filer's Attestation**: Pursuant to General Order No. 45 Section X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.


Dated: June 4, 2009           Respectfully submitted,

/s/ Stephen V. Kovarik
Stephen V. Kovarik


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
Conference moved to June 10, 2009 at 3:30 p.m.

DATED:  June 8, 2009
_____
Bernard Zimmerman
United States Magistrate Judge

**FEDERAL COURT PROOF OF SERVICE**
*National Union Fire Insurance Co. v. Nvidia Corporation* - File No. 6234-7228

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 5, 2009, I served the following document(s): **DECLARATION OF JAMES SCALISE IN SUPPORT OF PLAINTIFF NATIONAL UNION INSURANCE COMPANY OF PITTSBURGH, PA'S MOTION FOR ORDER ALLOWING EXPEDITED DISCOVERY**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Amanda D. Hairston
FARELLA BRAUN & MARTEL LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: 415-954-4400
Facsimile: 415-954-4480

The documents were served by the following means:

[ ]  (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[ ]  (BY PERSONAL SERVICE) I personally delivered the documents to the persons at the addresses listed above. Delivery was made [ ] to the party or attorney listed above, or [ ] at the party or attorney's office by leaving the documents in an envelope or package clearly labeled to identify the party or attorney being served with a receptionist or individual apparently in charge of the office, or [ ] at the time of delivery, there appeared to be no one in charge, and the envelope of package clearly labeled to identify the party or attorney being served was left in a conspicuous place.

[X]  (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 5, 2009, at Los Angeles, California.

Annette E. Jacques



4834-5099-6483.1