1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, | ) ) ) ) ) ) ) ) ) ) ) ) | No. C09-2046 CW (BZ) |
| Plaintiff(s), | | |
| v. | | **ORDER DENYING REQUEST FOR EXPEDITED DISCOVERY** |
| NVIDIA CORPORATION, | | |
| Defendant(s). | | |

    Following a telephone conference on plaintiff's motion for expedited discovery in which both sides were represented by counsel, I find no need for further briefing or argument. For the reasons placed on the record during the conference, **IT IS ORDERED** that plaintiff's motion is **DENIED**. Among other reasons, I find that National Union has not demonstrated a sufficient need for expedited discovery that outweighs the potential prejudice to the defendant of having its customers subjected to subpoenas which appear to be very burdensome and invasive. This order is issued on the assumption that the federal rules require that subpoenas to third parties be

1

1  delayed until after the case management conference, a subject
2  on which neither party expressed any view or offered any
3  authority.
4  Dated:   June 10, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\NATIONAL UNION FIRE INS\DISC1.ORD.wpd

2