IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>    Plaintiff,<br><br>  v.<br><br>NVIDIA CORPORATION,<br><br>    Defendant.                      / | No. 09-02046 CW<br><br>JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |

    Pursuant to Civil L.R. 3-12(c), this Court, sua sponte, refers the above-captioned case to District Judge James Ware to consider whether this case is related to C-08-4312 JW, The NVIDIA GPU Litigation. Parties shall file any response in opposition to or in support of relating the cases within five (5) days of receipt of this Order.

7/20/09

Dated _____

                                 *Claudia Wilken*

                              CLAUDIA WILKEN
                              United States District Judge