Mary E. McCutcheon (State Bar No. 099939)
  mmccutcheon@fbm.com
Karen P. Kimmey (State Bar No. 173284)
  kkimmey@fbm.com
Amanda D. Hairston (State Bar No. 251096)
  ahairston@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant NVIDIA CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Plaintiff,<br><br>vs.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No. C 09-2046 CW<br><br>**DEFENDANT NVIDIA CORPORATION'S NOTICE OF MOTION AND ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 TO FILE UNDER SEAL CONFIDENTIAL MATERIALS** |
| NVIDIA CORPORATION,<br><br>Counter-claimant,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Counter-defendant. | |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DEFENDANT NVIDIA CORPORATION'S
ADMINISTRATIVE MOTION
Case No. 09-2046 CW

24663\2037563.1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Civil Local Rules 7-11 and 79-5, defendant NVIDIA Corporation ("NVIDIA") will and hereby does move the Court for an Order granting leave for NVIDIA to file a sealed version of Defendant and Counter-Claimant NVIDIA Corporation's Answer to Complaint; Counter-claim.

This motion is based upon this notice and memorandum of points and authorities, the accompanying Declaration of Amanda D. Hairston, and upon such further information as may be adduced upon the hearing of the motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

This action arises out of an insurance coverage dispute between the parties. In its Complaint and Motion to Expedite Discovery, National Union referenced confidential information including draft and final settlement agreements with specific NVIDIA customers, the identity of specific NVIDIA products, and various claims related materials. As NVIDIA has informed National Union, this information is highly confidential and is potentially damaging to NVIDIA with respect to other pending litigation. *See* Doc. No. 19 at 2:26-28, 3:1-4. The Court agreed to seal the Complaint and Motion to Expedite Discovery on these grounds. *See* Doc. No. 22. As a result, NVIDIA's Answer and Counter-claim also contains references to the confidential information raised by National Union in its Complaint and Motion to Expedite Discovery, which were sealed by this Court. To avoid any prejudice to NVIDIA, NVIDIA respectfully requests this Court grant the accompanying Motion for Administrative Relief and permit the filing of a sealed version of Defendant and Counter-Claimant NVIDIA Corporation's Answer to Complaint; Counter-claim.

This request has been narrowly tailored to seal only that material for which good cause to seal has been established and NVIDIA will file a public redacted version of Defendant and Counter-Claimant NVIDIA Corporation's Answer to Complaint; Counter-claim. Pursuant to Civil Local Rule 79-5, NVIDIA will provisionally lodge under seal a copy of Defendant and Counter-Claimant NVIDIA Corporation's Answer to Complaint; Counter-claim. A Proposed Order has been filed and served herewith.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DEFENDANT NVIDIA CORPORATION'S
ADMINISTRATIVE MOTION TO SEAL
Case No. 09-2046 CW

1

24663\2037563.1

If the Court denies the relief requested, NVIDIA requests that its brief be deemed filed *nunc pro tunc* on September 4, 2009, the date the documents were provisionally lodged under seal.

Respectfully submitted,

DATED: September 8, 2009                          FARELLA BRAUN & MARTEL LLP


By: /s/ Amanda D. Hairston
    Amanda D. Hairston

Attorneys for Defendant
NVIDIA CORPORATION

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DEFENDANT NVIDIA CORPORATION'S
ADMINISTRATIVE MOTION TO SEAL
Case No. 09-2046 CW

2

24663\2037563.1