Mary E. McCutcheon (State Bar No. 099939)
  mmccutcheon@fbm.com
Karen P. Kimmey (State Bar No. 173284)
  kkimmey@fbm.com
Amanda D. Hairston (State Bar No. 251096)
  ahairston@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant and Counter-Claimant
NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NVIDIA CORPORATION,<br><br>　　　　Defendant. | Case No. C 09-2046 CW<br><br>**STIPULATED REQUEST TO EXTEND TIME FOR MEDIATION AND <u>ORDER</u>** |
| NVIDIA CORPORATION,<br><br>　　　　Counter-claimant,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>　　　　Counter-defendant. | |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATED REQUEST TO EXTEND TIME FOR
MEDIATION AND [PROPOSED] ORDER
Case No. 09-2046 CW

24663\2050285.1

1    Plaintiff and Counter-Defendant NATIONAL UNION FIRE INSURANCE COMPANY
2 OF PITTSBURGH, PA and Defendant and Counter-Claimant NVIDIA CORPORATION
3 respectfully submit the following stipulated request:
4    WHEREAS, on August 25, 2009, this Court issued a Scheduling Order requiring the
5 parties to participate in a mediation by November 18, 2009;
6    WHEREAS, the parties in this matter have agreed to use the same mediator -- the Hon.
7 Layn R. Philips (ret.) -- for this insurance coverage dispute that will be mediating the *NVIDIA*
8 *GPU Litigation* pending before Judge James Ware ;
9    WHEREAS, the Hon. Layn Philips (ret.) does not have any dates available for mediations
10 until December 9, 2009;
11   WHEREAS, the parties have scheduled a mediation of this coverage dispute before Judge
12 Philips on December 15, 2009 – the first date available on the calendars of Judge Philips and all
13 the necessary participants;
14   WHEREAS, the parties are required to attend the mediation in person pursuant to ADR L-
15 R 6-10 and will not further delay the mediation date absent an unforeseen and exceptional
16 circumstance and a showing of good cause;
17   WHEREAS, an extension in time to conduct the mediation by December 15, 2009 does
18 not affect the case schedule;
19   THEREFORE, the parties respectfully request that the Court grant an extension until
20 December 15, 2009, for the parties to conduct a mediation pursuant to ADR L-R 6.

DATED: September 24, 2009                     BATES & CAREY LLP


                                              By:           /s/
                                                      Richard H. Nicolaides

                                              Attorneys for Plaintiff and Counter-Defendant
                                              NATIONAL UNION FIRE INSURANCE
                                              COMPANY OF PITTSBURGH, PA

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATED REQUEST TO EXTEND TIME FOR
MEDIATION AND [PROPOSED] ORDER                1
Case No. 09-2046 CW

24663\2050285.1

1  DATED: September 24, 2009                FARELLA BRAUN & MARTEL LLP

2

3                                            By:        /s/
                                                   Amanda D. Hairston
4
                                             Attorneys for Defendant and Counter-Claimant
5                                            NVIDIA CORPORATION.

6

7       1.      The stipulating parties shall appear December 15, 2009 to conduct a mediation
8  pursuant to ADR L-R 6.
9       2.      The stipulating parties and their counsel are required to attend the mediation in
10 person pursuant ADR L-R 6-10.
11      3.      The mediation date will not be further delayed absent an unforeseen and
12 exceptional circumstance and a showing of good cause.

   10/1/09
Dated: _____                 _____

                                             The Honorable Claudia Wilken

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATED REQUEST TO EXTEND TIME FOR
MEDIATION AND [PROPOSED] ORDER          2
Case No. 09-2046 CW

24663\2050285.1