Mary E. McCutcheon (State Bar No. 099939)
  mmccutcheon@fbm.com
Karen P. Kimmey (State Bar No. 173284)
  kkimmey@fbm.com
Amanda D. Hairston (State Bar No. 251096)
  ahairston@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant and Counter-claimant
NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NVIDIA CORPORATION,<br><br>　　　　Defendant. | Case No. C 09-2046 CW<br><br>**JOINT STIPULATION TO EXTEND TIME TO FILE SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND SUPPLEMENTAL RULE 26(F) CONFERENCE REPORT** |
| NVIDIA CORPORATION,<br><br>　　　　Counter-claimant,<br><br>　vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>　　　　Counter-defendant | |

　　　Plaintiff National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") and defendant NVIDIA Corporation ("NVIDIA") stipulate and apply to the Court for an order extending the time to file their Supplemental Joint Case Management Statement and Supplemental Rule 26(f) Conference Report until Tuesday, October 13, 2009. This stipulation is

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

JOINT CASE MANAGEMENT STATEMENT
Case No. C 09-2046 CW

24663\2062511.1
24663\2066529.1

based on the following facts:

1. Pursuant to the Court's standing Order, the parties' Supplemental Joint Case Management Statement and Supplemental Rule 26(f) Conference Report were due October 7, 2009.

2. The parties have been diligently exchanging drafts of the Supplemental Joint Case Management Statement and Supplemental Rule 26(f) Conference Report.

3. Due to the time difference between PST and EDT, a representative of National Union will not be able to provide approval for filing of the Supplemental Joint Case Management Statement and Supplemental Rule 26(f) Conference Report until Monday, October 12, 2009.

4. The Court's ECF system will be completely offline for routine maintenance from 5:00 p.m. Friday, October 9, 2009, to 6:30 a.m. Tuesday, October 13, 2009.

5. As an accommodation to counsel, and subject to approval by the Court, the parties hereby stipulate to extend the time in which to file the Supplemental Joint Case Management Statement and Supplemental Rule 26(f) Conference Report to Tuesday, October 13, 2009.

Dated: October 9, 2009               Respectfully submitted,

                                     NATIONAL UNION INSURANCE COMPANY
                                     OF PITTSBURGH, PA

                                     By: _____

| Richard H. Nicolaides, Jr.<br>Robert S. Marshall<br>Jennifer R. Bergstrom<br>BATES & CAREY LLP<br>191 North Wacker Drive, Suite 2400<br>Chicago, Illinois 60606 | Rebecca R. Weinreich, Esq.<br>Stephen V. Kovarik, Esq.<br>Lewis Brisbois Bisgaard & Smith LLP<br>221 North Figueroa Street<br>Los Angeles, CA 90012<br>(213) 250-1800 Telephone |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION TO EXTEND TIME TO FILE
Case No. C 09-2046 CW                - 2 -                24663\2062511.1
                                                          24663\2066529.1

| | |
|---|---|
| Phone (312) 762-3100<br>Fax (312) 762-3200 | (213) 481-0621 Facsimile |

NVIDIA CORPORATION

By: _____

Mary E. McCutcheon (State Bar No. 099939)
Karen P. Kimmey (State Bar No. 173284)
Amanda D. Hairston (State Bar No. 251096)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

**Filer's Attestation**: Pursuant to General Order No. 45 Section X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: October 9, 2009                    Respectfully submitted,

_____

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**DATED**:   10/13/09          _____/s/ Claudia Wilken_____
                               **CLAUDIA WILKEN**
                               **United States District Judge**

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION TO EXTEND TIME TO FILE
Case No. C 09-2046 CW
- 3 -
24663\2062511.1
24663\2066529.1