Mary E. McCutcheon (State Bar No. 099939)
  mmccutcheon@fbm.com
Karen P. Kimmey (State Bar No. 173284)
  kkimmey@fbm.com
Amanda D. Hairston (State Bar No. 251096)
  ahairston@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant and Counter-claimant
NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>  Plaintiff,<br><br>  vs.<br><br>NVIDIA CORPORATION,<br><br>  Defendant. | Case No. C 09-2046 CW<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF NVIDIA'S CROSS-CLAIM FOR BREACH OF FIDUCIARY DUTY** |
| NVIDIA CORPORATION,<br><br>  Counter-claimant,<br><br>  vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>  Counter-defendant | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

JOINT STIPULATION FOR DISMISSAL WITH
PREJUDICE OF NVIDIA'S CROSS-CLAIM FOR
BREACH OF FIDUCIARY DUTY
Case No. C 09-2046 CW

24663\2066276.1

Plaintiff and counter-defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), and defendant and counter-claimant NVIDIA Corporation ("NVIDIA"), hereby stipulate that NVIDIA's cross-claim against National Union for breach of fiduciary duty is dismissed with prejudice. NVIDIA and National Union shall each bear their own attorneys' fees, costs, and expenses incurred in connection with the cross-claim for breach of fiduciary duty.

Dated: October 13, 2009           Respectfully submitted,

NATIONAL UNION INSURANCE COMPANY
OF PITTSBURGH, PA

By: _____

| Richard H. Nicolaides, Jr.<br>Robert S. Marshall<br>Jennifer R. Bergstrom<br>BATES & CAREY LLP<br>191 North Wacker Drive, Suite 2400<br>Chicago, Illinois 60606<br>Phone (312) 762-3100 | Rebecca R. Weinreich, Esq.<br>Stephen V. Kovarik, Esq.<br>Lewis Brisbois Bisgaard & Smith LLP<br>221 North Figueroa Street<br>Los Angeles, CA 90012<br>(213) 250-1800 Telephone<br>(213) 481-0621 Facsimile |

NVIDIA CORPORATION

By: _____

Mary E. McCutcheon (State Bar No. 099939)
Karen P. Kimmey (State Bar No. 173284)
Amanda D. Hairston (State Bar No. 251096)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400

**Filer's Attestation**: Pursuant to General Order No. 45 Section X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: October 13, 2009           Respectfully submitted,

_____

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**DATED**: 10/15/09                  _____
                                    **CLAUDIA WILKEN**
                                    **United States District Judge**

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIPULATION FOR DISMISSAL WITH
PREFUDICE OF NVIDIA'S CROSS-CLAIM FOR                - 2 -                              24663\2066276.1
BREACH OF FIDUCIARY DUTY
Case No. C 09-2046 CW