UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, <br><br>  Plaintiff(s), <br><br> v. <br><br> NVIDIA CORPORATION, <br><br>  Defendant(s). | No. C09-2046 CW (BZ) <br><br> **ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS** |

Before the Court is plaintiff's motion for sanctions or in the alternative to compel discovery.  Leave to file such a motion not having been obtained, the motion is **DENIED.**  See Docket No. 10.

Dated:  March 10, 2010

                                  _____
                                  Bernard Zimmerman
                                  United States Magistrate Judge

G:\BZALL\-REFS\NATIONAL UNION FIRE INS\SANCTIONS ORD.wpd

1