UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA,<br><br>           Plaintiff(s),<br><br>    v.<br><br>NVIDIA CORPORATION,<br><br>           Defendant(s). | No. C09-2046 CW (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |

   **IT IS HEREBY ORDERED** that a telephone conference to discuss the outstanding dispute is scheduled for **Wednesday, March 24, 2010 at 3:00 p.m.**  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.  Nvidia shall respond to National Union's letter by the close of business on **March 22, 2010**.  By **noon** on **March 22, 2010**, National Union shall lodge with chambers a record of the meeting they held in

///

///

///

1

1 | an effort to resolve this dispute.

2 | Dated:  March 19, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\NATIONAL UNION FIRE INS\TEL CONF ORD 3.wpd

2