1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11   NATIONAL UNION FIRE          )
     INSURANCE CO. OF PITTSBURGH,)
12   PA,                          )      No. C09-2046 CW (BZ)
                                  )
13            Plaintiff(s),       )
                                  )      **SECOND DISCOVERY ORDER**
14       v.                       )
                                  )
15   NVIDIA CORPORATION,          )
                                  )
16            Defendant(s).       )
     ─────────────────────────────)
17

18        Following a telephone conference on March 24, 2010, at

19   which both sides were represented by counsel, **IT IS ORDERED** as

20   follows:

21        1.  The parties shall meet and confer in an effort to

22   resolve their disputes over the pace and manner of production,

23   having in mind the views expressed by the Court.  If they are

24   unsuccessful, plaintiff has leave to file a motion to compel,

25   to be heard on the Court's regular motion calendar.

26        2. Plaintiff's Civil Local Rule 37-2 statement shall be

27   signed by the most senior attorney representing plaintiff.

28   The court will deem that attorney's signature as certifying

                                   1

1   that the attorney has read the LR 37-2 statement and that the

2   discovery sought is consistent with Federal Rules of Civil

3   Procedure 1 and 26, especially 26(b).

4        3.   Defendant's opposition shall be signed by the most

5   senior attorney representing defendant.  The court will deem

6   that attorney's signature as certifying that the attorney has

7   read the opposition and that the objections to discovery are

8   consistent with Federal Rules of Civil Procedure 1 and 26,

9   especially 26(b).

10  Dated:  March 25, 2010

11                        _____

12                             Bernard Zimmerman
                         United States Magistrate Judge

13

14  G:\BZALL\-REFS\NATIONAL UNION FIRE INS\DISC2.ORD.wpd

15

16

17

18

19

20

21

22

23

24

25

26

27

28