**United States District Court**
For the Northern District of California

1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8   NATIONAL UNION FIRE COMPANY OF              No. 09-02046 CW
    PITTSBURGH, PA,                             No. 10-01812 CW
9

10           Plaintiff,                         ORDER ON RELATED
                                                CASES
11       v.

12   NVIDIA CORPORATION,

13           Defendant.
                                            /
14

15       On May 24, 2010, NVIDIA Corporation filed an Administrative

16   Motion to Consider Whether Cases Should Be Related and on May 28,

17   2010, National Union Fire Insurance Company of Pittsburgh, PA filed

18   an opposition to the motion.  Having reviewed the papers, the Court

19   stands by its decision to relate National Union Fire Insurance

20   Company of Pittsburgh, PA v. NVIDIA Corporation, C 09-02046 and

21   National Union Fire Insurance Company of Pittsburgh, PA v. Nvidia

22   Corporation, C 10-01812.

23       IT IS SO ORDERED.

24

25   Dated: 06/02/10

26                                      CLAUDIA WILKEN
                                        United States District Judge
27

28