UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA,<br><br>    Plaintiff(s),<br><br>    v.<br><br>NVIDIA CORPORATION,<br><br>    Defendant(s). | No. C09-2046 CW (BZ)<br><br>**ORDER SCHEDULING TELEPHONE CONFERENCE RE DISCOVERY DISPUTE** |

A telephone conference to discuss the issues raised in Docket Nos. 131 and 133 is scheduled for **Thursday, June 10, 2010 at 10:00 a.m.**  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.  At **5:00 p.m. on Tuesday, June 8, 2010**, National Union shall fax one of the challenged subpoenas to chambers at **415-522-4694**.

Dated:  June 7, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\NATIONAL UNION FIRE INS\TEL CONF ORD 4.wpd

1