|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATIONAL UNION FIRE )
INSURANCE CO. OF PITTSBURGH,)
PA,                         )        No. C09-2046 CW (BZ)
                            )
        Plaintiff(s),       )
                            )        **THIRD DISCOVERY ORDER**
    v.                      )
                            )
NVIDIA CORPORATION,         )
                            )
        Defendant(s).       )
_____)

Following a telephone conference on June 10, 2010, at which both sides were represented by counsel, **IT IS ORDERED** as follows:

   1.  Defendant complete its document production by the end of the month of June.

   2. Plaintiff shall resolve any document production disputes with third parties by the end of June, or file an appropriate motion.

   3.  I will not enforce any stipulation to extend a discovery cutoff that has not been approved by Judge Wilken.

///

1

Any request to extend a discovery cutoff must be made to Judge Wilken.

Dated:   June 10, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\NATIONAL UNION FIRE INS\DISC3.ORD (ORTENBERG).wpd