| | |
|---|---|
| 1 | WILLIAM J. GOINES (SBN: 061290) |
| | KAREN ROSENTHAL (SBN: 209419) |
| 2 | CINDY HAMILTON (SBN: 217951) |
| | ALICE CHU (SBN: 264990) |
| 3 | GREENBERG TRAURIG, LLP |
| | 1900 University Avenue, Fifth Floor |
| 4 | East Palo Alto, California  94303 |
| | Telephone: (650) 328-8500 |
| 5 | Facsimile: (650) 328-8508 |

Attorneys for Plaintiff and Counter-Defendant
National Union Fire Insurance Company of Pittsburgh, Pa.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA, <br><br>             Plaintiffs, <br><br> v. <br><br> NVIDIA CORPORATION, <br><br>             Defendants. | Case No.      C 09-02046 CW <br><br> **ORDER RE: APPLICATION TO SUBSTITUTE COUNSEL FOR PLAINTIFF AND COUNTER-DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.** |
| NVIDIA CORPORATION, <br><br>             Counter-Claimant; <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA, <br><br>             Counter-Defendant. | |

[PROPOSED] ORDER RE: APPLICATION FOR SUBSTITUTION OF COUNSEL
CASE NO. C09-02046 CW

*SV 346,530,693v1*

The court having considered the Application of Plaintiff and Counter-Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union") to Substitute Counsel in this action, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. The law firm of Greenberg Traurig, LLP is hereby substituted into the action as attorney of record for National Union in place and stead of the law firms of Lewis Brisbois Bisgaard & Smith LLP and Bates & Carey LLP.

2. The Court and all other parties in this action are to direct future contact, notices, e-filings, pleadings, discovery, motions, and correspondence to lead counsel at Greenberg Traurig, LLP, as follows:

>William J. Goines
>Greenberg Traurig, LLP
>1900 University Ave., Fifth Fl.
>East Palo Alto, CA 94303
>Tel: (650) 328-8500
>Fax: (650) 328-8508
>Email: goinesw@gtlaw.com

Dated: **6/22/2010**

*(signature)*
Honorable Claudia Wilken
Judge, United States District Court