1  WILLIAM J. GOINES (SBN: 061290)
   KAREN ROSENTHAL (SBN: 209419)
2  CINDY HAMILTON (SBN: 217951)
   ALICE CHU (SBN: 264990)
3  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
4  East Palo Alto, California 94303
   Telephone: (650) 328-8500
5  Facsimile: (650) 328-8508

6  Attorneys for Plaintiff and Counter-Defendant
   National Union Fire Insurance Company of Pittsburgh, Pa.
7
   Mary E. McCutcheon (State Bar No. 099939)
8  Karen P. Kimmey (State Bar No. 173284)
   Amanda D. Hairston (State Bar No. 251096)
9  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
10 San Francisco, CA 94104
   Telephone: (415) 954-4400
11 Facsimile: (415) 954-4480
   mmccutcheon@fbm.com
12 kkimmey@fbm.com
   ahairston@fbm.com
13
   Attorneys for Defendant
14 NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA,<br><br>Plaintiffs,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. C09-02046 CW (BZ)<br><br>[Related Case: C10-01812 CW]<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA ("Plaintiff") and NVIDIA CORPORATION ("Defendant") that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the terms of the Settlement Agreement and Mutual Release ("Settlement Agreement"), entered into on July 29, 2010, this action be dismissed with prejudice.  The parties further stipulate that each party shall bear its own costs and attorneys' fees.

Dated:  August 4, 2010                    GREENBERG TRAURIG, LLP

                                          By:    */s/ William J. Goines*
                                                 William J. Goines
                                                 Karen Rosenthal
                                                 Cindy Hamilton
                                                 Alice Chu
                                          Attorneys for Plaintiff National Union Fire
                                          Insurance Company of Pittsburgh, Pa.

Dated:  August 4, 2010                    FARELLA BRAUN & MARTEL LLP

                                          By:   /s/ *Karen P. Kimmey*
                                                 Mary E. McCutcheon
                                                 Karen P. Kimmey
                                                 Amanda D. Hairston

                                          Attorneys for Defendant NVIDIA Corporation


ATTESTATION CLAUSE

I, William J. Goines, am the ECF User whose ID and password are being used to file this STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE.  In compliance with General Order 45, X.B., I hereby attest that Karen P. Kimmey has concurred in this filing.


Date: August 4, 2010.                     GREENBERG TRAURIG LLP


                                          By:  /s/ William J. Goines
                                               William J. Goines