1  WILLIAM J. GOINES (SBN: 061290)
   KAREN ROSENTHAL (SBN: 209419)
2  CINDY HAMILTON (SBN: 217951)
   ALICE CHU (SBN: 264990)
3  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
4  East Palo Alto, California 94303
   Telephone: (650) 328-8500
5  Facsimile: (650) 328-8508

6  Attorneys for Plaintiff and Counter-Defendant
   National Union Fire Insurance Company of Pittsburgh, Pa.
7
   Mary E. McCutcheon (State Bar No. 099939)
8  Karen P. Kimmey (State Bar No. 173284)
   Amanda D. Hairston (State Bar No. 251096)
9  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
10 San Francisco, CA 94104
   Telephone: (415) 954-4400
11 Facsimile: (415) 954-4480
   mmccutcheon@fbm.com
12 kkimmey@fbm.com
   ahairston@fbm.com
13
   Attorneys for Defendant
14 NVIDIA CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA,<br><br>Plaintiffs,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. C09-02046 CW (BZ)<br><br>[Related Case: C10-01812 CW]<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Based on the Stipulation Of Dismissal Of Action With Prejudice by and between Plaintiff NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA and Defendant NVIDIA CORPORATION, and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. This action is dismissed with prejudice; and
2. All parties are to bear their own costs and attorneys' fees.

Dated: 8/5/2010.

_____
Honorable Claudia Wilken
Judge, United States District Court