WILLIAM J. GOINES (SBN: 061290)
KAREN ROSENTHAL (SBN: 209419)
CINDY HAMILTON (SBN: 217951)
ALICE CHU (SBN: 264990)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Plaintiff and Counter-Defendant
National Union Fire Insurance Company of Pittsburgh, Pa.

Mary E. McCutcheon (State Bar No. 099939)
Karen P. Kimmey (State Bar No. 173284)
Amanda D. Hairston (State Bar No. 251096)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
mmccutcheon@fbm.com
kkimmey@fbm.com
ahairston@fbm.com

Attorneys for Defendant
NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA,<br><br>                    Plaintiffs,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. C09-02046 CW (BZ)<br><br>[Related Case: C10-01812 CW]<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

SV 346,537,407v1

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
CASE NO. C09-02046 CW (BZ)

Based on the Stipulation Of Dismissal Of Action With Prejudice by and between Plaintiff NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA and Defendant NVIDIA CORPORATION, and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. This action is dismissed with prejudice; and
2. All parties are to bear their own costs and attorneys' fees.

Dated: 8/5/2010.

*signature*

Honorable Claudia Wilken
Judge, United States District Court